

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 0 2 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 14-0775                     DATE: 2/27/2015
    COA #: 12-13-00002-CV     TC#: 87-11313
STYLE: CHRISTOPHER JOEL DAVEY
    v. MARGARETT JORDAN ROYALTIES, INC., ET AL.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702